**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: John R. Boyle                                   CHAPTER 13
       Jennifer L. Boyle

              Debtor(s)                             BKY. NO. 22-12612 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. and index same on the master mailing list.

                                             Respectfully submitted,

                                             /s/ **Brian C. Nicholas**
                                             Brian Nicholas
                                             07 Oct 2022, 09:25:26, EDT

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322

Document ID: f77d85305ee99f2a6a2de6e81df465c79118c520fa063e90df747e2e874cd5b5