**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Jennifer L. Boyle**<br>**John R. Boyle**<br>                    **Debtor(s)**<br><br>**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>                    **Movant**<br>               **vs.**<br><br>**Jennifer L. Boyle**<br>**John R. Boyle**<br>                    **Debtor(s)**<br><br>**Scott F. Waterman**,<br>                    **Trustee** | **BK NO. 22-12612 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. N/A** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Jennifer L. Boyle
1004 Frederick Boulevard
Reading, PA 19605

John R. Boyle
1004 Fredrick Boulevard
Reading, PA 19605

Attorney for Debtor(s)
Brenna Hope Mendelsohn, Esq.
Mendelsohn & Mendelsohn, PC
637 Walnut Street
Reading, PA 19601

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: November 9, 2022

                    **/s/Michael P. Farrington Esq.**
                    Michael P. Farrington Esq.
                    Attorney I.D. 329636
                    KML Law Group, P.C.
                    BNY Mellon Independence Center
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106
                    (215) 825-6488
                    mfarrington@kmllawgroup.com