## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Jennifer L. Boyle<br>         John R. Boyle<br>                    Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., its successors and/or assigns<br>                    Movant<br>          vs. | NO. 22-12612 PMM |
| Jennifer L. Boyle<br>John R. Boyle<br>                    Debtor(s) | |
| Scott F. Waterman<br>                    Trustee | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc., which was filed with the Court on or about **November 21, 2022, docket number 16**.

Respectfully submitted,

/s/ Brian C. Nicholas, Esq.
_____
Brian C. Nicholas, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322

Dated: February 1, 2023