United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-12612-pmm |
| John R. Boyle | Chapter 13 |
| Jennifer L. Boyle | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 02, 2023 | Form ID: 155 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Boyle, Jennifer L. Boyle, 1004 Frederick Blvd., Reading, PA 19605-1169 |
| 14725074 | + | Reese Management, 150 Altendale Road, Suite 3, King of Prussia, PA 19406-2926 |
| 14727205 | + | Rocket Mortgage, LLC, C/O Brian C. Nicholas, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14725075 | | TD Bank, 96919 Chesapeake Drive, Suite 300, San Diego, CA 92123 |
| 14725076 | + | Tower Health, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14725748 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14725079 | | Worlds Foremost Bank, 4000 NW 1st St., Lincoln, NE 68521 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14725066 | + | Email/Text: BarclaysBankDelaware@tsico.com | Feb 02 2023 23:49:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14725067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 02 2023 23:54:48 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14725071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 02 2023 23:49:00 | Commenity Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14725070 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 02 2023 23:54:36 | Chase Card, PO Box 15298, Wilmington, DE 19850 |
| 14725904 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2023 23:54:49 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14725072 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 02 2023 23:54:43 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14734761 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 02 2023 23:54:43 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14725073 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2023 23:49:00 | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14741287 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 02 2023 23:49:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14725227 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14725489 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 02 2023 23:54:43 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14725077 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Feb 02 2023 23:49:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14741687 | | Email/Text: membersolutions@visionsfcu.org | Feb 02 2023 23:49:00 | VISIONS FEDERAL CREDIT UNION, 24 |

| Recip ID | | | |
|---|---|---|---|
| 14725078 | Email/Text: membersolutions@visionsfcu.org | Feb 02 2023 23:49:00 | MCKINLEY AVE, ENDICOTT, NY 13760 Visions FCU, 24 McKinley Ave., Endicott, NY 13760 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14725068 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14725069 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 04, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 2, 2023 at the address(es) listed below:

**Name**            **Email Address**

BRENNA HOPE MENDELSOHN
on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net

BRIAN CRAIG NICHOLAS
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: John R. Boyle and Jennifer L. Boyle
      Debtor(s)                                                     Chapter: 13
                                                                               Bankruptcy No: 22−12612−pmm
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 2nd day of February 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                           Patricia M. Mayer
                                                                          Judge ,
                                                                          United States Bankruptcy Court