| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 22-12612-PMM

John R. Boyle  
Jennifer L. Boyle  
1004 Frederick Blvd.  
Reading  PA   19605

Petition Filed Date: 09/29/2022  
341 Hearing Date: 11/01/2022  
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/17/2022 | $68.75 | | 10/19/2022 | $68.00 | | 10/26/2022 | $68.00 | |
| 11/02/2022 | $68.00 | | 11/09/2022 | $68.00 | | 11/17/2022 | $68.00 | |
| 11/23/2022 | $68.00 | | 12/01/2022 | $68.00 | | 12/07/2022 | $68.00 | |
| 12/14/2022 | $68.00 | | 12/21/2022 | $68.00 | | 12/29/2022 | $68.00 | |
| 01/05/2023 | $68.00 | | 01/11/2023 | $68.00 | | 01/19/2023 | $68.00 | |
| 01/25/2023 | $68.00 | | 02/01/2023 | $68.00 | | 02/08/2023 | $68.00 | |
| 02/15/2023 | $68.00 | | 02/23/2023 | $68.00 | | 03/01/2023 | $68.00 | |
| 03/08/2023 | $68.00 | | 03/15/2023 | $68.00 | | 03/22/2023 | $68.00 | |
| 03/29/2023 | $68.00 | | 04/05/2023 | $68.00 | | 04/12/2023 | $68.00 | |
| 04/19/2023 | $68.00 | | 04/26/2023 | $68.00 | | 05/03/2023 | $68.00 | |
| 05/10/2023 | $68.00 | | 05/17/2023 | $68.00 | | 05/24/2023 | $68.00 | |
| 06/01/2023 | $68.00 | | 06/07/2023 | $68.00 | | 06/14/2023 | $68.00 | |
| 06/22/2023 | $68.00 | | 06/28/2023 | $68.00 | | 07/06/2023 | $68.00 | |
| 07/12/2023 | $68.00 | | 07/19/2023 | $68.00 | | 07/26/2023 | $68.00 | |

**Total Receipts for the Period:  $2,856.75    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $2,992.75**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,225.00 | $2,554.77 | $1,670.23 |
| 1 | US DEPARTMENT OF HUD<br>»»  001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MERRICK BANK<br>»»  002 | Unsecured Creditors | $1,448.95 | $0.00 | $1,448.95 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  003 | Unsecured Creditors | $2,611.95 | $0.00 | $2,611.95 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  004 | Unsecured Creditors | $1,165.16 | $0.00 | $1,165.16 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  005 | Unsecured Creditors | $2,802.16 | $0.00 | $2,802.16 |
| 6 | ROCKET MORTGAGE LLC<br>»»  006 | Mortgage Arrears | $3,510.91 | $0.00 | $3,510.91 |
| 7 | VISIONS FCU<br>»»  007 | Unsecured Creditors | $7,156.96 | $0.00 | $7,156.96 |
| 8 | VISIONS FCU<br>»»  008 | Unsecured Creditors | $1,155.87 | $0.00 | $1,155.87 |

Chapter 13 Case No. 22-12612-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,992.75 | Current Monthly Payment: | $235.00 |
| Paid to Claims: | $2,554.77 | Arrearages: | ($500.00) |
| Paid to Trustee: | $252.34 | Total Plan Base: | $8,602.75 |
| Funds on Hand: | $185.64 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.