| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 22-12612-PMM**

| | |
|---|---|
| John R. Boyle | Petition Filed Date: 09/29/2022 |
| Jennifer L. Boyle | 341 Hearing Date: 11/01/2022 |
| 1004 Frederick Blvd. | Confirmation Date: 02/02/2023 |
| Reading  PA    19605 | |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/02/2023 | $68.00 | | 08/09/2023 | $68.00 | | 08/16/2023 | $68.00 | |
| 08/23/2023 | $68.00 | | 08/30/2023 | $68.00 | | 09/07/2023 | $68.00 | |
| 09/13/2023 | $68.00 | | 09/20/2023 | $68.00 | | 09/27/2023 | $68.00 | |
| 10/04/2023 | $68.00 | | 10/12/2023 | $68.00 | | 10/18/2023 | $68.00 | |
| 10/25/2023 | $68.00 | | 11/01/2023 | $68.00 | | 11/08/2023 | $68.00 | |
| 11/15/2023 | $68.00 | | 11/22/2023 | $68.00 | | 11/30/2023 | $68.00 | |
| 12/06/2023 | $68.00 | | 12/13/2023 | $68.00 | | 12/20/2023 | $68.00 | |
| 12/28/2023 | $68.00 | | 01/04/2024 | $68.00 | | 01/10/2024 | $68.00 | |
| 01/18/2024 | $68.00 | | 01/24/2024 | $68.00 | | 01/31/2024 | $68.00 | |
| 02/07/2024 | $68.00 | | 02/14/2024 | $68.00 | | 02/22/2024 | $68.00 | |
| 02/28/2024 | $68.00 | | 03/06/2024 | $68.00 | | 03/13/2024 | $68.00 | |
| 03/20/2024 | $68.00 | | 03/27/2024 | $68.00 | | 04/03/2024 | $68.00 | |
| 04/10/2024 | $68.00 | | 04/17/2024 | $68.00 | | 04/24/2024 | $68.00 | |
| 05/01/2024 | $68.00 | | 05/09/2024 | $68.00 | | 05/20/2024 | $68.00 | |
| 05/22/2024 | $68.00 | | 05/30/2024 | $68.00 | | 06/05/2024 | $68.00 | |
| 06/12/2024 | $68.00 | | 06/20/2024 | $68.00 | | 06/27/2024 | $68.00 | |
| 07/03/2024 | $68.00 | | 07/11/2024 | $68.00 | | 07/17/2024 | $68.00 | |
| 07/24/2024 | $68.00 | | 07/31/2024 | $68.00 | | | | |

**Total Receipts for the Period:  $3,604.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $6,664.75**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $4,225.00 | $4,225.00 | $0.00 |
| 1 | US DEPARTMENT OF HUD<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | MERRICK BANK<br>»» 002 | Unsecured Creditors | $1,448.95 | $0.00 | $1,448.95 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $2,611.95 | $0.00 | $2,611.95 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $1,165.16 | $0.00 | $1,165.16 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,802.16 | $0.00 | $2,802.16 |
| 6 | ROCKET MORTGAGE LLC<br>»» 006 | Mortgage Arrears | $3,510.91 | $1,763.77 | $1,747.14 |

| | | | | | |
|---|---|---|---|---|---|
| 7 | VISIONS FCU<br>»» 007 | Unsecured Creditors | $7,156.96 | $0.00 | $7,156.96 |
| 8 | VISIONS FCU<br>»» 008 | Unsecured Creditors | $1,155.87 | $0.00 | $1,155.87 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $6,664.75 | Current Monthly Payment: | $235.00 |
| Paid to Claims: | $5,988.77 | Arrearages: | ($1,352.00) |
| Paid to Trustee: | $614.78 | Total Plan Base: | $8,602.75 |
| Funds on Hand: | $61.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.