United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-12612-pmm
John R. Boyle  Chapter 13
Jennifer L. Boyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Apr 07, 2025      Form ID: 138OBJ      Total Noticed: 23

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John R. Boyle, Jennifer L. Boyle, 1004 Frederick Blvd., Reading, PA 19605-1169 |
| 14725073 | + | Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14725074 | + | Reese Management, 150 Altendale Road, Suite 3, King of Prussia, PA 19406-2926 |
| 14727205 | + | Rocket Mortgage, LLC, C/O Brian C. Nicholas, Esq., 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14741287 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14725075 | | TD Bank, 96919 Chesapeake Drive, Suite 300, San Diego, CA 92123 |
| 14725076 | + | Tower Health, PO Box 70894, Philadelphia, PA 19176-5894 |
| 14725748 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14725079 | | Worlds Foremost Bank, 4000 NW 1st St., Lincoln, NE 68521 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 08 2025 00:08:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2025 00:08:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14725066 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 08 2025 00:08:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14725067 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 08 2025 00:12:52 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14725070 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 08 2025 00:13:04 | Chase Card, PO Box 15298, Wilmington, DE 19850-5298 |
| 14725071 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 08 2025 00:08:00 | Commenity Bank/Boscovs, PO Box 182120, Columbus, OH 43218-2120 |
| 14725904 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2025 00:12:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14725072 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 08 2025 00:12:40 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14734761 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 08 2025 00:13:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14725227 | ^ | MEBN | Apr 08 2025 00:00:18 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14725489 | ^ | MEBN | Apr 08 2025 00:00:18 | Synchrony Bank, C/O Valerie Smith, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 07, 2025 | Form ID: 138OBJ | Total Noticed: 23 |

| | | | | |
|---|---|---|---|---|
| 14725077 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Apr 08 2025 00:08:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, TX 75001-9013 |
| 14741687 | | Email/Text: bankruptcy@visionsfcu.org | Apr 08 2025 00:08:00 | VISIONS FEDERAL CREDIT UNION, 24 MCKINLEY AVE, ENDICOTT, NY 13760 |
| 14725078 | | Email/Text: bankruptcy@visionsfcu.org | Apr 08 2025 00:08:00 | Visions FCU, 24 McKinley Ave., Endicott, NY 13760 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14725068 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14725069 | *+ | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 09, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:

**Name**  **Email Address**

BRENNA HOPE MENDELSOHN
     on behalf of Joint Debtor Jennifer L. Boyle tobykmendelsohn@comcast.net

BRENNA HOPE MENDELSOHN
     on behalf of Debtor John R. Boyle tobykmendelsohn@comcast.net

DENISE ELIZABETH CARLON
     on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 138OBJ* (6/24)−doc 41 − 32

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    John R. Boyle | ) | Case No. 22−12612−pmm |
| | ) | |
| | ) | |
|    Jennifer L. Boyle | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                Eastern District of Pennsylvania
                United States Bankruptcy Court
                Office of the Clerk, Gateway Building
                201 Penn Street, 1st Floor
                Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: April 7, 2025                                                                          For The Court

                                                                                                    Timothy B. McGrath
                                                                                                    Clerk of Court